

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MTS LOGISTICS INC. and MTS ULUSA
ARARASI TASIMACILIK VE TIC. A.S.,

    Plaintiffs,

  -against-

EUROTEX INC, a/k/a EUROTEX HOME
FASHIONS, a/k/a EBRAHAM EUROTEX
INC., and ONDERLER DIS TICARET LTD
STI,

    Defendants.

**O7 CV**

JUN 2 2 2007

RULE 7.1 STATEMENT

    PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Plaintiffs, MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S. (collectively "MTS"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MTS.

Dated: New York, NY

   June 22, 2007

        Respectfully submitted,

        MAHONEY & KEANE, LLP.
        Attorneys for Plaintiff
        **MTS LOGISTICS INC. and MTS ULUSA**
        **ARARASI TASIMACILIK VE TIC. A.S.**

    By: _____
        Jorge A. Rodriguez, Esq. (EK 2162)
        111 Broadway, 10th Floor
        New York, NY 10006
        Tel. (212) 385-1422
        Fax (212) 385-1605
        File No. 12/3415/B/07/5

- 1 -