UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S., <br><br> Plaintiffs, <br><br> -against- <br><br> EUROTEX INC, a/k/a EUROTEX HOME FASHIONS, a/k/a EBRAHAM EUROTEX INC., and ONDERLER DIS TICARET LTD STI, <br><br> Defendants. | 07 CV 5963 (BATTS) <br><br> NOTICE OF PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against Defendant ONDERLER DIS TICARET LTD STI **only**. Such dismissals are without prejudice and with leave to renew.

**PLEASE TAKE FURTHER NOTICE** that all claims against Defendants EUROTEX INC, a/k/a EUROTEX HOME FASHIONS, a/k/a EBRAHAM EUROTEX INC. shall remain in full force and effect.

Dated:    New York, New York
          July 03, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP.
Attorneys for Plaintiff
**MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S.**

By: _____
Jorge A. Rodriguez, Esq. (EK 2162)
111 Broadway, 10th Floor
New York, NY 10006

- 2 -

Tel. (212) 385-1422
File No. 12/3415/B/07/5

SERVICE LIST

| | |
|---|---|
| EUROTEX INC, a/k/a EUROTEX HOME FASHIONS, a/k/a EBRAHAM EUROTEX INC.<br>459 Courtland Street<br>Belleville, NJ 07109 | ONDERLER DIS TICARET LTD STI<br>Kamil Serbetci Bulv. No 13 Org, San Bdlg,<br>Baspinar/Gaziantep<br>TURKEY |