AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME: **ALBERTO DOS SANTOS**
TITLE: **PROCESS SERVER** DATE: **08/25/2007 06:39PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

EUROTEX INC. A/K/A EUROTEX HOME FASHIONS A/K/A EBRAHAM EUROTEX INC C/O SHLOMO "FARKUNDAH" ABRAHAMIAN - R.A.

Place where served:

18 DEVONSHIRE TERRACE   WEST ORANGE NJ 07052

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

EUROTEX INC. A/K/A EUROTEX HOME FASHIONS A/K/A EBRAHAM EUROTEX INC C/O SHLOMO "FARKUNDAH" ABRAHAMIAN - R.A.

Relationship to defendant: SELF

Description of person accepting service:

SEX: M  AGE: 36-50  HEIGHT: 5'4"-5'8"  WEIGHT: 161-200 LBS.  SKIN: BROWN  HAIR: BLACK  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8 25 / 20 07

_____ L.S.
SIGNATURE OF ALBERTO DOS SANTOS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROBYN NETTLES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2011

ATTORNEY: JORGE A. RODRIGUEZ, ESQ.
PLAINTIFF: MTS LOGISTICS INC., ET AL
DEFENDANT: EUROTEX INC. A/K/A EUROTEX HOME FASHIONS A/K/A EBRAHAM EUROTEX INC., ET AL
VENUE: DISTRICT NY
DOCKET: 07 CV 5963

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.