UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MTS LOGISTICS INC. and MTS ULUSA
ARARASI TASIMACILIK VE TIC. A.S.,

Plaintiffs,

-against-

EUROTEX INC, a/k/a EUROTEX HOME
FASHIONS, a/k/a EBRAHAM EUROTEX
INC., and ONDERLER DIS TICARET LTD
STI,

Defendants.

O7 CV 5963 (BATTS)

NOTICE OF

DISMISSAL PURSUANT TO

FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against all Defendants. Such dismissals are without prejudice and with leave to renew.

Dated:      New York, New York

            November _15_, 2007

                                        Respectfully submitted,

                                        MAHONEY & KEANE, LLP.
                                        Attorneys for Plaintiff
                                        **MTS LOGISTICS INC. and MTS ULUSA
                                        ARARASI TASIMACILIK VE TIC. A.S.**

                              By: _____
                                        Jorge A. Rodriguez, Esq. (EK 2162)
                                        111 Broadway, 10th Floor
                                        New York, NY 10006
                                        Tel. (212) 385-1422
                                        File No. 12/3415/B/07/5

- 1 -