```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MTS LOGISTICS INC. and MTS ULUSA
ARARASI TASIMACILIK VE TIC. A.S.,

Plaintiffs,

-against-

EUROTEX INC, a/k/a EUROTEX HOME
FASHIONS, a/k/a EBRAHAM EUROTEX
INC., and ONDERLER DIS TICARET LTD
STI,

Defendants.

07 CV 5963 (BATTS)

NOTICE OF

DISMISSAL PURSUANT TO

FED. R. CIV. P. 41(a)(1)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against all Defendants. Such dismissals are without prejudice and with leave to renew.

Dated:   New York, New York

November 15, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP.
Attorneys for Plaintiff
MTS LOGISTICS INC. and MTS ULUSA
ARARASI TASIMACILIK VE TIC. A.S.

By: _____
Jorge A. Rodriguez, Esq. (EK 2162)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
File No. 12/3415/B/07/5

SO ORDERED

_____
DEBORAH A. BATTS   2/25/08
UNITED STATES DISTRICT JUDGE

- 1 -